PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
ELIZABETH LANDGRAF, CA 313184
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MALLOY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-0618 DB<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount $7,500.00 (SEVEN THOUSAND FIVE HUNDRED dollars) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of $400.00 (FOUR HUNDRED dollars) under 28 U.S.C. § 1920.  This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 17, 2023                    */s/ Jesse Kaplan*
                                      JESSE KAPLAN
                                      Attorney for Plaintiff
                                      *Authorized via e-mail on May 17, 2023

                                      PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Office of Program Litigation, Office 7
                                      Social Security Administration

//

Stip. for EAJA Fees, 2:20-cv-00618-DB              2

By  /s/ Elizabeth Landgraf
ELIZABETH LANDGRAF
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that:

1. Fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, are awarded subject to the terms of the Stipulation; and

2. Plaintiff's May 10, 2023 motion for attorney's fees (ECF No. 21) is denied as having been rendered moot.

DATED: May 22 2023                    /s/ DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE